BENJAMIN W. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

DEC 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES OF AMERICA, )
                          )   CASE NO. 1:10MJ00332 SMS
              Plaintiff,  )
                          )   APPLICATION AND ORDER TO
       v.                 )   SEAL COMPLAINT AND ARREST
                          )   WARRANT
STEFAN LEMAR MILLER,      )
                          )
              Defendant.  )
_____)

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

DATED: November 30, 2010                    Respectfully submitted,

                                            BENJAMIN W. WAGNER
                                            United States Attorney

                                     By     /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

BENJAMIN W. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. |
| Plaintiff, ) ) | |
| v. ) ) | APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT |
| STEFAN LEMAR MILLER, ) ) | |
| Defendant. ) | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 12/01/10

SANDRA M. SYNDER
United States Magistrate Judge

2